IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK, | No. 2:17-CV-0824-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ADAM PACE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 5) directing service of plaintiff's complaint on defendants. By separate order issued herewith, the court has determined that service is appropriate and directed plaintiff to submit the documents necessary for service of process by the United States Marshal. Until such time as plaintiff's complies with that order, the instant motion for an order directing service of the complaint on defendants is premature.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 5) is denied.

DATED: August 6, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE