IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BEINLICK,** | Case No. 2:17-cv-00824 DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **A. PACE, et al.,** | |
| Defendant. | |

Good cause having been shown, Defendants' Mulligan-Pfile and Lau request for a thirty-day extension of time to respond to the complaint is granted. Defendants shall have up to and including December 13, 2018, to file their responsive pleading.

Dated: November 6, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1