# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK<br><br>Plaintiff,<br><br>v.<br><br>ADAM PACE, et al.,<br><br>Defendants. | No. 2:17-CV-0824-WBS-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action. This order clarifies the court's January 18, 2019, order to reflect the referral to the Magistrate Judge for all dispositive and non-dispositive matters pursuant to Eastern District of California Local Rule 302(c)(17) remains in effect.

Accordingly, IT IS HEREBY ORDERED that:

1. The initial scheduling conference, currently set for May 28, 2019, before District Judge Schubb, is vacated and re-set to May 22, 2019, before Magistrate Judge Cota at 10:00 a.m. in Redding, California;

2. The hearing on defendants' motion to dismiss, currently set for April 22, 2019, before District Judge Shubb, is vacated and re-set to April 10, 2019, before Magistrate Judge Cota at 10:00 a.m. in Redding, California; and

///

1

3. Briefing on defendants' motion to dismiss shall proceed pursuant to Eastern District of California Local Rule 230(c) and (d).

Dated: February 1, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE