**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN BEINLICK, <br><br> Plaintiff, <br><br> v. <br><br> ADAM PACE, et al., <br><br> Defendants. | No. 2:17-CV-0824-WBS-DMC <br><br><br> ORDER |

       Plaintiff, who is proceeding with retained counsel, brings this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On May 10, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 10, 2019, are adopted in full; and

2. Defendants' motion to dismiss (ECF No. 26) is denied without prejudice to defendants' renewal of the qualified immunity argument on summary judgment following the close of discovery.

Dated: August 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE