# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK, | No. 2:17-CV-0824-WBS-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ADAM PACE, et al., | |
| Defendants. | |

      Plaintiff, who is proceeding with retained counsel, brings this civil rights action. An initial scheduling conference is set in this matter before the undersigned in Redding, California, on October 9, 2019, at 10:00 a.m. No later than seven days prior to this hearing date, the parties shall each file a scheduling conference statement consistent with the court's January 18, 2019, order (ECF No. 25). Defendants shall file an answer to plaintiff's complaint within 30 days of the date of this order.

      IT IS SO ORDERED.

Dated: August 13, 2019

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE