IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK | No. 2:17-CV-0824-WBS-DMC |
| Plaintiff, | |
| v. | ORDER |
| ADAM PACE, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action. Pending before the court is the parties' joint motion (ECF No. 38) for leave to appear telephonically for the scheduling conference set before the undersigned on October 9, 2019, at 10:00 a.m. in Redding, California. Good cause appearing therefor, the parties' request is granted. Counsel may arrange telephonic appearances through CourtCall.

IT IS SO ORDERED.

Dated: October 2, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE