IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK<br><br>Plaintiff,<br><br>v.<br><br>ADAM PACE, et al.,<br><br>Defendants. | No. 2:17-CV-0824-WBS-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action. An initial status/scheduling conference was held in this matter on October 9, 2019, at 10:00 a.m. before the undersigned in Redding, California. Plaintiff's counsel failed to appear. Steven Edward Vong, Esq., appeared telephonically for defendant.

Plaintiff's counsel shall show cause in writing within 30 days of the date of this order why appropriate sanctions should be imposed for failure to appear on behalf of his client at the scheduling conference. See Local Rule 110.

IT IS SO ORDERED.

Dated: October 30, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1