# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAM PACE, et al.,<br><br>  Defendants. | No. 2:17-CV-0824-WBS-DMC<br><br>ORDER |

       Plaintiff, who is proceeding with retained counsel, brings this civil rights action. An initial status/scheduling conference was held in this matter on October 9, 2019, at 10:00 a.m. before the undersigned in Redding, California. Plaintiff's counsel failed to appear. Steven Edward Vong, Esq., appeared telephonically for defendant.

       A settlement conference is scheduled for November 12, 2020, at 10:00 a.m. in Sacramento, California, before the undersigned. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by November 5, 2020. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1). If the parties desire the undersigned to conduct the settlement conference, the parties shall execute and <u>file</u> the attached Waiver of Disqualification within 30 days of the date of this order. If waivers are not filed on behalf of all parties, or if a

party declines to waive disqualification, the settlement conference will be re-set before another Magistrate Judge.

IT IS SO ORDERED.

Dated: October 30, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADAM PACE, et al.,<br><br>　　　　　Defendants. | No.  2:17-CV-0824-WBS-DMC |

### WAIVER OF DISQUALIFICATION

　　　　Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　By: (counsel for plaintiff)

DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　By: (counsel for defendants)