# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK, | No. 2:17-CV-0824-WBS-DMC |
| Plaintiff, | |
| v. | ORDER |
| ADAM PACE, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Good cause appearing therefor, the order to show cause issued on October 30, 2019, is discharged.

IT IS SO ORDERED.

Dated: February 12, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE