IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRIAN BEINLICK,** | 2:17-cv-00824 WBS DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **A. PACE, et al.,** | |
| Defendant. | |

Good cause having been shown, the Stipulation to modify the Scheduling Order and extend the discovery deadline one hundred and twenty days to November 6, 2020, the expert witness exchange deadline to January 7, 2021, and the pretrial motion deadline to March 28, 2021, is granted.

IT IS SO ORDERED.

Dated:  May 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE