IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BEINLICK,** | Case No. 2:17-cv-00824 WBS DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **A. PACE, et al.,** | |
| Defendants. | |

The Court having considered the parties' joint stipulation and request to modify the existing discovery and scheduling orders, and good cause appearing:

IT IS ORDERED that non-expert discovery closes on April 15, 2021; expert disclosures are due by June 30, 2021; pre-trial dispositive motions are due by August 31, 2021; the settlement conference set for November 12, 2020, before Hon. Carolyn K. Delaney is vacated and shall be rescheduled following resolution of pre-trial dispositive motions; the pre-trial conference and trial dates are vacated and will be set by separate order.

Dated: October 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE