IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK,<br><br>                          Plaintiff,<br><br>     v.<br><br>A. PACE, et al.,<br><br>                          Defendants. | Case No. 2:17-cv-00824 WBS DMC<br><br>**ORDER** |

    The Court having considered the parties' joint stipulation and request to continue deadlines for the pending exhaustion summary judgment motion, for the disclosure of expert witnesses and for filing pre-trial dispositive motions, and good cause appearing therefor, the parties stipulation is accepted in part as outlined below:

    IT IS ORDERED that:

    1.    Plaintiff's opposition to the exhaustion summary judgment motion, ECF No. 53, shall be filed by March 10, 2021;

    2.    Defendants' reply is due by March 17, 2021;

    3.    The hearing on Defendants' exhaustion summary judgment motion is continued from March 10, 2021, to March 31, 2021, at 10:00 a.m., before the undersigned in Redding, California;

    4.    The parties shall appear telephonically through CourtCall; and

5. The discovery completion deadlines, the expert disclosure deadlines, and the dispositive motion filing deadline are vacated and will be re-set, if necessary, following final resolution of Defendants' exhaustion summary judgment motion.

Dated: February 25, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE