IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>A. PACE, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:17-cv-00824 WBS DMC<br><br>**ORDER** |

　　　Plaintiff Brian Beinlick and Defendants Smith, Lau, Pace, Smiley and Mulligan-Pfile have filed a stipulation and request for an order extending Defendants' time to file their response to Plaintiff's objections to the Magistrate Judge's Findings and Recommendations for the pending summary judgment motion in this case, to February 11, 2022. The Court having considered the request, and good cause appearing, the stipulated request is granted. Defendants' shall file their response by February 11, 2022.

　　　IT IS SO ORDERED.

　　　Dated:  January 31, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE