IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK, | No. 2:17-CV-0824-WBS-DMC |
| Plaintiff, | |
| v. | ORDER |
| ADAM PACE, et al., | |
| Defendants. | |

      Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On January 5, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, including plaintiff's objections to the findings and recommendations and defendanats' response to the objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     The findings and recommendations filed January 5, 2022, are adopted in full;

        2.     Defendants' motion for summary judgment, which is construed as a motion for summary adjudication, ECF No. 53, is granted;

        3.     This action is dismissed as against defendants Smith, Lau, Smiley, and Pace for failure to exhaust administrative remedies prior to filing suit; and

        4.     This action shall proceed on Plaintiff's original pro se complaint as against Defendant Pfile only.

Dated: February 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE