**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN BEINLICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. PFILE,<br><br>　　　　　Defendant. | No. 2:17-CV-0824-WBS-DMC<br><br><br><br>ORDER |

   Plaintiff, who is proceeding with retained counsel, brings this civil action. On February 26, 2021, the Court vacated the scheduling deadlines in this case pending resolution of Defendants' motion for partial summary judgment based on failure to exhaust administrative remedies. See ECF No. 55. On February 15, 2022, the District Judge issued an order granting Defendants' motion for partial summary judgment and dismissing Smith, Lau, Smiley, and Pace as defendants to this action. See ECF No. 66. The District Judge further ordered that this action shall proceed on Plaintiff's original pro se complaint against Defendant Pfile only. See id. It is now appropriate to re-schedule the remainder of this litigation.

/ / /

/ / /

/ / /

/ / /

1

1       Accordingly, the matter is set for a scheduling conference before the undersigned

2 in Redding, California, on April 13, 2022, at 10:00 a.m.  The parties shall file a joint scheduling

3 conference report pursuant to Eastern District of California Local Rule 240 on or before April 6,

4 2022.  The parties shall address the particular matters outlined in the Court's order at ECF No. 25.

5       IT IS SO ORDERED.

7 Dated:  March 21, 2022

                                              _____

8                                              DENNIS M. COTA

9                                              UNITED STATES MAGISTRATE JUDGE