# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. PFILE,<br><br>　　　　　Defendant. | No.  2:17-CV-0824-WBS-DMC<br><br><br><u>ORDER</u> |

    Plaintiff, who is proceeding with retained counsel, brings this civil action.  The parties appeared before the undersigned in Sacramento, California, on April 13, 2022, at 10:00 a.m., for a scheduling conference.  Upon consideration of the joint status report on file in this action, discussion with counsel, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

    Accordingly, IT IS HEREBY ORDERED that:

    1. Jurisdiction and venue are not contested.

    2. No further joinder of parties or amendments to the pleadings is permitted without stipulation or leave of Court for good cause shown.

/ / /

/ / /

/ / /

1

3. The Court sets the following pre-trial schedule for this litigation:

<u>Initial Disclosures</u>: The parties represent that they have exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). No deadline will be set in this regard.

<u>Expert Witness Designations</u>: The parties shall exchange initial lists of expert witnesses no later than **March 24, 2023**. The parties shall exchange lists of rebuttal expert witnesses no later than **April 7, 2023**. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).

<u>Expert Discovery</u>: All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **June 23, 2023**.

<u>Non-Expert Discovery</u>: All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **July 28, 2023**.

<u>Dispositive Motions</u>: All dispositive motions shall be noticed to be heard by **August 4, 2023**.

4. A settlement conference is set before the undersigned on **July 14, 2023, at 9:30 a.m**.

5. A pre-trial conference is set before the District Judge on **September 11, 2023, at 1:30 p.m.**

6. A jury trial is set before the District Judge to commence on **November 14, 2023, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: May 16, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE