IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. PFILE,<br><br>　　　　　Defendant. | No. 2:17-CV-0824-WBS-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. Due to a conflict in the Court's calendar, the settlement conference set in this case for July 14, 2023, is <u>advanced</u> to July 6, 2023, at 9:00 a.m. before the undersigned in Redding, California.

　　　　IT IS SO ORDERED.

Dated:  February 1, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1