IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. PFILE,<br><br>　　　　Defendant. | No. 2:17-CV-0824-WBS-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The Court hereby approves the parties' stipulation to continue the hearing on Defendant's motion for summary judgment and modification of the briefing schedule thereon. Plaintiff's opposition is due by May 15, 2023. Defendant's reply is due by May 24, 2023. The hearing set for April 5, 2023, is continued to June 7, 2023, at 10:00 a.m., before the undersigned in Redding, California. Any requests for remote appearances must be filed in writing at least seven days before the hearing.

　　　　IT IS SO ORDERED.

Dated: March 23, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE