IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK, | No. 2:17-CV-0824-WBS-DMC |
| Plaintiff, | |
| v. | ORDER |
| A. PFILE, | |
| Defendant. | |

        Plaintiff, who is proceeding with retained counsel, brings this civil action. No opposition to the pending motion for summary judgment has been timey filed.[1] Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for June 7, 2023, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument. The settlement conference set for July 6, 2023, at 9:00 a.m., before the undersigned in Redding, California, is

/ / /

/ / /

/ / /

/ / /

---

[1] Pursuant to the parties' stipulation, which has been approved by the Court, Plaintiff's opposition was due by May 15, 2023. See ECF No. 77.

1

vacated pending resolution of Defendant's motion for summary judgment.

IT IS SO ORDERED.

Dated:  May 17, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE