1
2
3
4
5
6
7                    **IN THE UNITED STATES DISTRICT COURT**

8                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   BRIAN BEINLICK.,                        No.  2:17-CV-0824-WBS-DMC-P

11                      Plaintiff,

12          v.                               ORDER

13   ADAM PACE, et al.,

14                      Defendants.

15

16          Plaintiff, who is proceeding with retained counsel, brings this civil action.

17   Following the Ninth Circuit Court of Appeals' remand of this matter, the Court hereby sets a

18   scheduling conference before the undersigned on June 18, 2025, at 10:00 a.m., with remote

19   appearance via Zoom, or at the election of the party, a live appearance.  On or before June 11,

20   2025, the parties shall meet and confer and file with the Court a joint scheduling conference

21   statement consistent with Eastern District of California Local Rule 240(a).

22          IT IS SO ORDERED.

23   Dated:  April 25, 2025

24                                           _____
                                             DENNIS M. COTA
25                                           UNITED STATES MAGISTRATE JUDGE

26
27
28

                                    1