IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK., <br><br>   Plaintiff, <br><br>   v. <br><br> ADAM PACE, et al., <br><br>   Defendants. | No.  2:17-CV-0824-WBS-DMC-P <br><br><br> <u>ORDER</u> |

      Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Defendants' unopposed motion to continue the scheduling conference in this case set for June 18, 2025, at 10:00 a.m., before the undersigned via Zoom. See ECF No. 94. Good cause appearing therefor, Defendants' unopposed motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' unopposed motion to continue, ECF No. 94, is granted.

2. The scheduling conference in this case is continued to August 13, 2025, at 10:00 a.m., before the undersigned via Zoom.

3. On or before August 6, 2025, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

Dated: June 6, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2