IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BEINLICK,**<br><br>  Plaintiff,<br><br>  v.<br><br>**C. SMITH, et al.,**<br><br>  Defendants. | Case No. 2:17-cv-0824-WBS-DMC-P<br><br>**ORDER** |

Plaintiff Brian Beinlick brings this civil rights action against Defendants C. Smith, O. Lau, A. Pace, and D. Smiley (collectively, Defendants). Defendants move for relief from the Court's June 9, 2025, order and seek an order from the Court rescheduling the scheduling conference to August 20, 2025. Plaintiff does not oppose this motion. Upon due consideration, good cause appearing, the Court will grant Defendants' unopposed motion.

///
///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED as follows:

1. The scheduling conference, currently set for August 13, 2025, is CONTINUED to August 20, 2025, at 10:00 a.m., before the undersigned via Zoom.

2. The parties shall meet and confer and submit a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a) on or before August 6, 2025.

Dated:  August 4, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE