IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BEINLICK,**<br><br>Plaintiff,<br><br>v.<br><br>**C. SMITH, et al.,**<br><br>Defendants. | Case No. 2:17-cv-0824-WBS-DMC-P<br><br>**ORDER DISMISSING DEFENDANT LAU PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)** |

      Plaintiff Brian Beinlick brings this civil rights action against Defendants C. Smith, O. Lau, A. Pace, and D. Smiley. *See* Doc. Nos. 1, 10. The parties agree to dismiss Defendant O. Lau from this action with prejudice. Pursuant Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties stipulate and move to dismiss the action with prejudice voluntarily. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.").

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, this action is DISMISSED with prejudice in its entirety **as to Defendant O. Lau only.** Each party shall bear its own costs and attorneys' fees as to Defendant O. Lau. The Clerk of Court is directed to terminate Defendant O. Lau as a defendant. The Clerk of the Court is further directed to terminate ECF No. 100 as a pending motion.

IT IS SO ORDERED.

Dated: August 7, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE