IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BEINLICK., | No. 2:17-CV-0824-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| C. SMITH, et al., | |
| Defendants. | |

    Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Defendants' unopposed motion to vacate the further scheduling conference set for September 18, 2025, and to extend the briefing schedule for Defendants' motions for leave to amend their answer and for judgment on the pleadings. See ECF No. 107. Good cause appearing therefor, Defendants' motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' unopposed motion to vacate the further scheduling conference and extend the briefing schedule, ECF No. 1-7 is GRANTED.

2. The further scheduling conference set for September 18, 2025, at 11:00 a.m., before the undersigned via Zoom is VACATED.

3. Plaintiff's opposition to Defendants' motion for leave to amend their answer and for judgment on the pleadings, ECF No. 106, is due within the time provided in Eastern District of California Local Rule 230.

4. Defendants' reply brief is due by October 14, 2025, or within 10 days after Plaintiff file a timely opposition brief, whichever date is later.

5. The matter will be re-set if necessary for a further scheduling conference following resolution of Defendants' pending motions.

Dated: September 16, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE