IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BEINLICK,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**A. PACE, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:17-cv-0824-DMC-P<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE DISCOVERY AND SUMMARY JUDGMENT DEADLINES** |

　　　Plaintiff Brian Beinlick brings this civil rights action against Defendants C. Smith, A. Pace, and D. Smiley. *See* Dkt. Nos. 1, 10. The parties move and stipulate to vacate the discovery and summary judgment deadlines pending the Court's resolution of the Defendants' motions for leave to amend their Answer and judgment on the pleadings. Upon due consideration and good cause appearing, the Court **GRANTS** the parties' motion to vacate.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

　/ / /

1

Accordingly, the Court **ORDERS** the following:

1. On The Court **VACATES** the discovery and motion for summary judgment deadlines set in its August 20, 2025, Scheduling Conference.

2. The Court will reset the discovery and motion for summary judgment deadlines, if necessary, pending resolution of Defendants' motions for leave to amend their Answer and judgment on the pleadings.

**IT IS SO ORDERED**.

Dated:  January 7, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE